IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JASON BENJAMIN BRECKENRIDGE,** : | |
| : | Case No. 2:07-cv-988 |
| **Plaintiff,** | |
| : | Judge Holschuh |
| v. | |
| : | Magistrate Judge King |
| **ADRIAN TURNER, et al.,** | |
| : | |
| **Defendants.** | |
| : | |

**ORDER**

On August 6, 2008, Magistrate Judge King issued a Report and Recommendation recommending that Defendants' motion for summary judgment be granted because Plaintiff had failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act of 1996.  (Doc. 33, 41).  The parties were specifically advised that they had 10 days to file and serve objections to that Report and Recommendation, and that failure to object would result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the Report and Recommendation.

Plaintiff Jason Breckenridge received a copy of the Report and Recommendation by certified mail on August 13, 2008.   Nevertheless, he has failed to file any objections to the Report and Recommendation within the time allotted.  Accordingly, the Court **ADOPTS** Magistrate Judge King's Report and Recommendation (Doc. 41) and **GRANTS** Defendants' motion for summary judgment (Doc. 33).  The Clerk is directed to enter judgment in favor of Defendants.

**IT IS SO ORDERED.**

Date: August 28, 2008            **/s/ John D. Holschuh**
                                 John D. Holschuh, Judge
                                 United States District Court